UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| OMEGA HEALTHCARE INVESTORS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:99-cv-0862-RLY-WTL |
| RES-CARE HEALTH SERVICES, INC.; COMMUNITY ALTERNATIVES INDIANA, INC., and MARSHALL & STEVENS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON DEFENDANTS' OBJECTION AND MOTION TO EXCLUDE PLAINTIFF'S EXHIBITS**

On October 7, 2004, Defendants filed an Objection and Motion to Exclude Plaintiff's Exhibits. On October 13, 2004, Defendants filed a Supplemental Objection and Motion to Exclude Plaintiff's Exhibits, which mirrors the originally filed Objection but also includes objections to over 30 additional exhibits. Defendants' Objection and Motion to Exclude Plaintiff's Exhibits is therefore **MOOT**. The court will address the Defendants' Supplemental Objection and Motion to Exclude Plaintiff's Exhibits at the

final pretrial of this matter, currently scheduled for October 4, 2005.


**SO ORDERED** this   8th   day of September 2005.

                                            RICHARD L. YOUNG, JUDGE
                                            United States District Court
                                            Southern District of Indiana

Electronic Copies to:

Fred R. Biesecker
ICE MILLER
fred.biesecker@icemiller.com

Michael E. Brown
KIGHTLINGER & GRAY
mbrown@k-glaw.com

James R. Fisher
ICE MILLER
james.fisher@icemiller.com

Brian F. Haara
TACHAU MADDOX HOVIOUS & DICKENS PLC
bhaara@tmhd.com

Debra H. Miller
ICE MILLER
miller@icemiller.com

Kevin Michael Norris
TACHAU MADDOX HOVIOUS & DICKENS PLC
knorris@tmhd.com

William C. Potter II
POTTER LAW GROUP
wpotter@potterlawgroup.com

David Tachau
TACHAU MADDOX HOVIOUS & DICKENS
dtachau@tmhd.com