UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| OMEGA HEALTHCARE INVESTORS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:99-cv-00862-RLY-WTL |
| RES-CARE HEALTH SERVICES, INC., COMMUNITY ALTERNATIVES INDIANA, INC., and MARSHALL & STEVENS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING WHETHER RESIDENTS WERE PERCEIVED BY THIRD PARTIES TO BE "BETTER OFF" AS A RESULT OF THE BREACH OF CONTRACT**

Plaintiff Omega Healthcare Investors, Inc. ("Omega") moves in limine to exclude evidence regarding whether residents were perceived by third parties to be "better off" as a result of Res-Care Health Services, Inc.'s and Community Alternatives Indiana, Inc.'s (collectively "Res-Care") breach of contract. Omega asserts this evidence is not relevant to the issues before the court. The court previously addressed this issue in its Entry on Omega's Motion to Limit the Expert Testimony of Dr. Conroy, and found this evidence is relevant to Res-Care's Fourth Affirmative Defense and to Res-Care's motivation to advocate expansion of the Medicaid Waiver Program. Omega has given the court no

1

reason to change its ruling.  Accordingly, Omega's motion is **DENIED**.

**SO ORDERED** this  12th  day of September 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Fred R. Biesecker
ICE MILLER
fred.biesecker@icemiller.com

Michael E. Brown
KIGHTLINGER & GRAY
mbrown@k-glaw.com

James R. Fisher
ICE MILLER
james.fisher@icemiller.com

Brian F. Haara
TACHAU MADDOX HOVIOUS & DICKENS PLC
bhaara@tmhd.com

Debra H. Miller
ICE MILLER
miller@icemiller.com

Kevin Michael Norris
TACHAU MADDOX HOVIOUS & DICKENS PLC
knorris@tmhd.com

William C. Potter II
POTTER LAW GROUP
wpotter@potterlawgroup.com

David Tachau
TACHAU MADDOX HOVIOUS & DICKENS
dtachau@tmhd.com