UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| OMEGA HEALTHCARE INVESTORS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:99-cv-0862-RLY-WTL |
| RES-CARE HEALTH SERVICES, INC.; COMMUNITY ALTERNATIVES INDIANA, INC., and MARSHALL & STEVENS, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DAMAGES INCURRED UNDER COUNT III**

Defendants Res-Care Health Services, Inc. and Community Alternatives, Inc. ("Res-Care") move in limine to exclude evidence of damages incurred under Count III of Omega's Third Amended Complaint. The court, having read and reviewed Res-Care's motion, the supporting and opposing memorandums of law, as well as the applicable law, now finds this motion should be **DENIED**. The court may reconsider this ruling at trial if the facts and the evidence so warrant.

**SO ORDERED** this  12th  day of September 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Fred R. Biesecker
ICE MILLER
fred.biesecker@icemiller.com

Michael E. Brown
KIGHTLINGER & GRAY
mbrown@k-glaw.com

James R. Fisher
ICE MILLER
james.fisher@icemiller.com

Brian F. Haara
TACHAU MADDOX HOVIOUS & DICKENS PLC
bhaara@tmhd.com

Debra H. Miller
ICE MILLER
miller@icemiller.com

Kevin Michael Norris
TACHAU MADDOX HOVIOUS & DICKENS PLC
knorris@tmhd.com

William C. Potter II
POTTER LAW GROUP
wpotter@potterlawgroup.com

David Tachau
TACHAU MADDOX HOVIOUS & DICKENS
dtachau@tmhd.com