UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OMEGA HEALTHCARE INVESTORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RES-CARE HEALTH SERVICES, INC.; ) <br> COMMUNITY ALTERNATIVES ) <br> INDIANA, INC., and ) <br> MARSHALL & STEVENS, INC., ) <br> ) <br> Defendants. ) | 1:99-cv-0862-RLY-WTL |

### ORDER ON PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING DEFENDANTS' CLAIMED FINANCIAL LOSSES IN OPERATING UNDER THE MEDICAID WAIVER PROGRAM

Plaintiff moves in limine to exclude evidence regarding Defendants' claimed financial losses in operating under the Medicaid Waiver Program. The court, having read and reviewed Plaintiff's motion, and the supporting and opposing memorandums of law, now finds this motion should be **DENIED**. The court may reconsider this ruling at trial if the facts and the evidence so warrant.

**SO ORDERED** this  12th  day of September 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Fred R. Biesecker
ICE MILLER
fred.biesecker@icemiller.com

Michael E. Brown
KIGHTLINGER & GRAY
mbrown@k-glaw.com

James R. Fisher
ICE MILLER
james.fisher@icemiller.com

Brian F. Haara
TACHAU MADDOX HOVIOUS & DICKENS PLC
bhaara@tmhd.com

Debra H. Miller
ICE MILLER
miller@icemiller.com

Kevin Michael Norris
TACHAU MADDOX HOVIOUS & DICKENS PLC
knorris@tmhd.com

William C. Potter II
POTTER LAW GROUP
wpotter@potterlawgroup.com

David Tachau
TACHAU MADDOX HOVIOUS & DICKENS
dtachau@tmhd.com