UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OMEGA HEALTHCARE INVESTORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RES-CARE HEALTH SERVICES, INC., ) <br> COMMUNITY ALTERNATIVES ) <br> INDIANA, INC., and ) <br> MARSHALL & STEVENS, INC., ) <br> ) <br> Defendants. ) | 1:99-cv-0862-RLY/WTL |

**ORDER ON PLAINTIFF'S MOTION IN LIMINE REGARDING INAPPLICABLE CON LAWS**

Plaintiff, Omega Healthcare Investors, Inc. ("Omega") moves to exclude evidence regarding other states' Certificate of Need laws and Indiana's Certificate of Need laws governing non-ICF/MR Facilities. Defendants Res-Care Heath Services, Inc. and Community Alternatives, Inc. ("Res-Care") agree with Omega. However, Res-Care contends Omega's motion does not go far enough in that it does not move to exclude all Indiana Certificate of Need laws.

In a previous ruling, the court found that "Omega has failed to come forward with evidence that it actually owned [any] certificate of need approvals." *See* Entry dated December 4, 2003. There being no evidence that Omega actually owned any Certificates

1

of Need, the court agrees with Res-Care that Omega should be precluded from introducing at trial evidence of Indiana's Certificate of Need laws. Accordingly, Omega's Motion in Limine Regarding Inapplicable Con Laws is **GRANTED** in part and **DENIED** in part.

**SO ORDERED** this 13th   day of September 2005.

                                                          _____
                                                          RICHARD L. YOUNG, JUDGE
                                                          United States District Court
                                                          Southern District of Indiana

Electronic Copies to:

Fred R. Biesecker
ICE MILLER
fred.biesecker@icemiller.com

Michael E. Brown
KIGHTLINGER & GRAY
mbrown@k-glaw.com

James R. Fisher
ICE MILLER
james.fisher@icemiller.com

Brian F. Haara
TACHAU MADDOX HOVIOUS & DICKENS PLC
bhaara@tmhd.com

Debra H. Miller
ICE MILLER
miller@icemiller.com

Kevin Michael Norris
TACHAU MADDOX HOVIOUS & DICKENS PLC
knorris@tmhd.com

William C. Potter II
POTTER LAW GROUP
wpotter@potterlawgroup.com

David Tachau
TACHAU MADDOX HOVIOUS & DICKENS
dtachau@tmhd.com