UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OMEGA HEALTHCARE INVESTORS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) 1:99-cv-00862-RLY-WTL<br>) |
| RES-CARE HEALTH SERVICES, INC., COMMUNITY ALTERNATIVES INDIANA, INC., and MARSHALL & STEVENS, INC. | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### ORDER ON PLAINTIFF'S MOTION TO STRIKE WITNESSES AND/OR ORDER WITNESSES PRODUCED FOR DEPOSITION IN INDIANAPOLIS

On October 4, 2004, Plaintiff's Motion to Strike Witnesses and/or Order Witnesses Produced for Deposition in Indianapolis. Plaintiff informs the court that this motion is now moot. Accordingly, the motion is **DENIED** as **MOOT**.

**SO ORDERED** this 13th day of September 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Fred R. Biesecker
ICE MILLER
fred.biesecker@icemiller.com

Michael E. Brown
KIGHTLINGER & GRAY
mbrown@k-glaw.com

James R. Fisher
ICE MILLER
james.fisher@icemiller.com

Brian F. Haara
TACHAU MADDOX HOVIOUS & DICKENS PLC
bhaara@tmhd.com

Debra H. Miller
ICE MILLER
miller@icemiller.com

William C. Potter II
KATZ & KORIN
wpotter@katzkorin.com

David Tachau
TACHAU MADDOX HOVIOUS & DICKENS
dtachau@tmhd.com